# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BOY SCOUTS OF AMERICA, and<br>CONNECTICUT RIVERS COUNCIL,<br>BOY SCOUTS OF AMERICA<br>    Plaintiffs, | :<br>:<br>: CIVIL ACTION NO.<br>: 300CV1047WWE |
| v. | : |
| NANCY WYMAN in her capacity as<br>Comptroller of the State of Connecticut<br>and as a member of the Connecticut<br>State Employee Campaign Committee;<br>et al.<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: JUNE 9, 2004 |

2004 JUN 10 P 1:58
U.S. DISTRICT COURT
BRIDGEPORT
FILED

## REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO TERMINATE ESCROW ACCOUNT AND DISBURSE FUNDS

The defendants hereby reply to the Plaintiffs' Response to Defendants' Motion to Terminate Escrow Account and Disburse Funds ("Response").

Two things are evident from the plaintiff's Response. First, the plaintiffs do not object to the termination of the escrow account and the disbursement of funds. Second, the sole point of contention is the form of the State's notification to those whose contributions are held in the account. For the reasons set forth below, the defendants object to certain terms contained in the plaintiffs' proposed notice, appended as Exhibit A to their Response.

The plaintiffs ask this Court to order the State to expressly include in its notification the following three statements:

1. Employees "may lawfully contribute directly to the Councils and are free to use your refunded escrow contribution to do so;"

2. The addresses of each of four Boy Scouts Councils where donations may be sent; and

3. Instructions that the choice for disbursement of the contributions must be made "within 30 days of the date of this letter."

The defendants have no objection to the third item regarding a thirty day window within which an employee may make a decision with respect to disbursement.

With regard to the first two proposed statements concerning the express mention of making donations to the plaintiffs, the defendants object based upon the prohibitions under Conn. Gen. Stat. §§ 46a-81d, 46a-81i and 46a-81l and the law of this case as memorialized in Boy Scouts of America v. Wyman, 335 F.3d. 80. 97, 98 (2003) cert. denied, ___ U.S. ___, 124 S.Ct. 1602 (2004). Connecticut's nondiscrimination law prohibits every State facility, which includes the Connecticut State Employees Campaign for Charitable Giving ("Campaign"), from being used in the furtherance of prohibited discrimination. Furthermore, no "state agency may become a party to any agreement, arrangement or plan which has the effect of sanctioning discrimination." Conn. Gen. Stat. § 46a-81i(b). By expressly singling out the Boy Scouts, an organization which admittedly discriminates on the basis of sexual orientation, in a State-issued notice to State employees, as well as providing directions for making donations to the Boy Scouts, the State would be furthering such discrimination and would clearly be a party to an arrangement or plan that has the effect of sanctioning such discrimination. Including the

2

plaintiffs' proposed language in the Campaign's notice would violate Connecticut's non-discrimination law, in spite of the fact that its application to this matter has been finally upheld in court. The State's proposed procedure fully and fairly notifies affected contributors of their options under applicable law.

Therefore, this Court should deny the plaintiffs' request for the proposed references and instructions pertaining to the Boy Scouts of America or its local councils in the State's notice to its employees, and grant the State's Motion to Terminate Escrow Account and Disburse Funds.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
William J. Prensky
Assistant Attorney General
Federal Bar No. ct08643
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5270
Fax: (860) 808-5385
Email: William.Prensky@po.state.ct.us

## CERTIFICATION

I hereby certify that on June 9, 2004 a copy of the foregoing Reply to Plaintiffs' Response to Defendants' Motion to Terminate Escrow Account and Disburse Funds was mailed via first class mail postage prepaid, to:

>George A. Davidson, Esq.
>Carla A. Kerr, Esq.
>Hughes Hubbard & Reed LLP
>One Battery Park Plaza
>New York, New York 10004
>
>Daniel L. Schwartz, Esq.
>Day, Berry & Howard LLP
>One Canterbury Green
>Stamford, Connecticut 06901
>
>C. Joan Parker, Esq.
>Assistant Commission Counsel II
>Commission on Human Rights & Opportunities
>21 Grand Street
>Hartford, CT 06106-1507

_____
William J. Prensky
Assistant Attorney General

4